## No. 11,070.

### STATE OF LOUISIANA vs. V. DIELENSCHNEIDER.

The trade of barber is a "mechanical pursuit" exempted from license taxation by Art. 206 of the Constitution.

APPEAL from the First City Court of New Orleans.
*Childress, J.*

*Edwin H. McCaleb* for Plaintiff and Appellant.

*Felix J. Dreyfous* for Defendant and Appellee.

The opinion of the court was delivered by

FENNER, J.   The Constitution of the State exempts from license taxation persons " engaged in mechanical pursuits."

Defendant is a barber, and the sole question is whether the trade of barber is a "mechanical pursuit," within the meaning of the Constitution.

We think it is.   The labor of a barber is manual; his work is mechanical.   Hair cutting is as much a mechanical pursuit as wood cutting.   See on the subject:   City vs. Lagman, 43 An. 1180; Tax Collector vs. Connors, 42 An. 787; City vs. Bailey, 35 An. 545.

Judgment affirmed.